IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

__Andrew Smigelski___
Plaintiff,

vs.

__USA, FBI, USPS, John Doe__
Defendant.

Case Number: __2:25 CV 1338__

Judge: __MORRISON__

MAGISTRATE JUDGE __VASCURA__

MOTION BY PRO SE LITIGANT TO OBTAIN
ELECTRONIC CASE FILING RIGHTS

As a party in the above-captioned matter, I, __Andrew Smigelski__, respectfully request permission from this Court to participate in electronic case filing (e-filing) in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.
3. I have access to the technical requirements necessary to e-file successfully:
   - A computer with internet access;
   - An e-mail account that can receive notifications from the Court and notices from the e-filing system on a daily basis;
   - A scanner to convert documents that are only in paper format into electronic files;
   - A printer or copier to create required paper copies such as copies for chambers;
   - A word processing program to create documents;
   - A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be filed; and
   - A PACER account.
4. I understand that documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current edition of the ECF Policies and Procedures Manual issued by the Clerk.
5. I understand that permission to file electronically may be revoked at any time.

Date: __November 12, 2025__

Signature: __Andrew Smigelski__
Pro Se

Name: __Andrew Smigelski__
Address: __1015 Bryan Road__
__Sugar Grove, Ohio 43155__
Phone Number: __614-602-1230__
E-Mail Address: __Smigelski.andy@gmail.com__