Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155

CERTIFIED MAIL
7020 0640 0001 7882 7022

Retail
U.S. POSTAGE PAID
FCM LG ENV
LANCASTER, OH 43130
NOV 13, 2025
43215
$12.98
RDC 99
S2322P501366-21

US Court
Office of the Clerk
85 Marconi Blvd. #121
Columbus, OH 43215

X-RAY
U.S. MARSHALS SERVICE