United States District Court
Southern District of Ohio

_____

**Related Case Memorandum**
**Civil Cases**

TO: Chief Judge Morrison, Judge Sargus, Judge Graham, Magistrate Judge Jolson, and Magistrate Judge Vascura

FROM: Bailey Williams , Case Administrator

DATE: November 21, 2025

SUBJECT: Case Caption: Andrew Smigelski v. Amazon.com, Inc., et al.

CASE: Case Number: Doc. 2:25-cv-1342

DISTRICT JUDGE: Judge Graham/Magistrate Judge Jolson

File Date: 11/19/2025

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):** **Andrew Smigelski v. FBI, et al.**

Case Caption: **Smigelski v. FBI, et al.**

Case Number: **Doc. 2:25cv-1338**       District Judge: **Morrison**

File Date: **11/19/2025**       Magistrate Judge: **Vascura**


**Related Case(s):** **Andrew Smigelski v. Federal Bureau of Investigation, et al.**

Case Caption: **Andrew Smigelski v. Federal Bureau of Investigation, et al.**

Case Number: **Doc. 2:25-cv-1013**       District Judge: **Sargus**

File Date: **9/4/2025**       Magistrate Judge: **Jolson**

Memo Re: Related Civil Cases
Page 2


The District Judges having conferred, we respond to Case Administrator    **Bailey Williams**
as follows:


**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge    **Sargus**

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____


s/Edmund A. Sargus, Jr.
United States District Judge


/s/James L. Graham
United States District Judge


s/Sarah D. Morrison
United States District Judge


Cc:  Courtroom Deputies


*Revised 7/19/2012*