

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ANDREW MARK SMIGELSKI, | Case No. 2:25 CV 1338 |
| Plaintiff, | JUDGE MORRISON |
| | MAGISTRATE JUDGE VASCURA |
| v. | COMPLAINT FOR |
| | DECLARATORY |
| UNITED STATES POSTAL SERVICE; | JUDGMENT, |
| FEDERAL BUREAU OF INVESTIGATION; | INJUNCTIVE RELIEF, |
| UNITED STATES OF AMERICA; | AND DAMAGES |
| JOHN DOES 1-20, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## NATURE OF THE ACTION

1. This is a civil rights action arising from the FBI and USPS's retaliatory surveillance and attempted confiscation of Plaintiff's mail in direct response to his filing a FOIA request and federal lawsuit against the FBI.

2. **Within four days of the FBI denying Plaintiff's FOIA request, the surveillance of his mail became detectable as packages began experiencing unprecedented interference including "missing mail searches" for packages that weren't missing, routing through USPS headquarters in Washington DC, and threatened confiscation of legal items.**

3. Most damning, USPS tracking records contain a "smoking gun" proving manual

database manipulation: **an entry dated April 1, 2025 for a package that wasn't created until June 11, 2025**—an impossibility that reveals someone was falsifying USPS records to create pretextual justifications for mail interception.

4. One package containing a legal smartphone was nearly confiscated until Plaintiff's local postmaster intervened. Another sat for weeks in Columbus before being routed to USPS headquarters at Washington, DC 20260—not a distribution center but the administrative headquarters where policy decisions are made—before delivery to Ohio.

5. This case presents fundamental questions about whether federal agencies can weaponize the mail system to retaliate against citizens who exercise their First Amendment right to seek government records and petition for redress of grievances.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1346 (United States as defendant), and Bivens v. Six Unknown Named Agents, 403 U.S. 388 (1971).

7. Venue is proper under 28 U.S.C. § 1391(b) and (e) as Plaintiff resides in this District, the FBI maintains offices here, mail was intercepted at Columbus facilities, and related case 2:25-cv-01013 is pending in this District.

## PARTIES

8. Plaintiff Andrew Mark Smigelski is a United States citizen residing at 1015 Bryan Road, Sugar Grove, Ohio 43155.

9. Defendant FBI is a federal law enforcement agency headquartered in Washington, D.C., with a field office in Cincinnati and resident agency in Columbus, Ohio.

10. Defendant USPS is an independent federal agency responsible for mail delivery,

headquartered at 475 L'Enfant Plaza SW, Washington, DC 20260.

11. Defendant United States is sued under the Federal Tort Claims Act as principal for federal employees' actions.

12. Defendants John Does 1-20 are federal agents and USPS personnel whose identities are currently unknown but who participated in the surveillance operations described herein.

## FACTUAL ALLEGATIONS

### The FOIA Request and Immediate Retaliation

13. In Summer 2025, Plaintiff submitted a FOIA request to the FBI seeking records about himself.

14. On June 16, 2025, the FBI responded claiming it "was unable to identify records subject to the FOIPA that are responsive to your request."

15. Dissatisfied with this response, Plaintiff filed federal lawsuit Smigelski v. FBI, Case No. 2:25-cv-01013, in this Court.

16. **The retaliation began immediately. Within four days of the FBI's June 16 denial, the effects of mail surveillance became visible as Plaintiff's packages began experiencing unprecedented interference.**

### The Smoking Gun: April 1, 2025 Database Manipulation

17. Package tracking number 9405508105462933511036 was created on June 11, 2025 at 7:38 PM, shipping from Paterson, New Jersey.

18. **Impossibly, USPS tracking shows an entry dated April 1, 2025—over two months BEFORE the package existed—stating "DELAY FOR POSTAGE ASSESSMENT / ITEM IN TRANSIT TO DESTINATION" at Washington, DC**

**20260** (Exhibit B - USPS Tracking History for 9405508105462933511036).

19. This is physically impossible. A package cannot have tracking entries before it exists.

20. This proves someone with USPS database access was manually creating false entries to justify mail interception and made a typing error, entering "04/01" instead of the correct month, thereby inadvertently revealing the surveillance mechanism.

21. **This is not a computer glitch—it's evidence of manual database manipulation to create pretextual justifications for intercepting Plaintiff's mail.**

**Routing Through USPS Headquarters**

22. Package tracking number 9200190279541002216978 shipped from California to Ohio on July 2, 2025.

23. The package arrived at Columbus, Ohio distribution center on July 15, 2025—approximately 50 miles from Plaintiff's home.

24. **Instead of delivery, the package sat in Columbus for over two weeks, then on July 31, 2025, appeared at "WASHINGTON, DC 20260"—USPS administrative headquarters** (Exhibit C - USPS Tracking History for 9200190279541002216978).

25. Washington, DC 20260 is not a mail distribution facility. It is USPS headquarters where executives and policy makers work.

26. There is no legitimate reason to route a consumer package from Ohio to DC headquarters and back to Ohio for delivery.

27. **This proves headquarters-level involvement in surveilling Plaintiff's mail—this wasn't rogue local agents but surveillance coordinated at the highest levels of USPS.**

28. The package was finally delivered August 4, 2025—33 days for domestic mail.

**Threatened Confiscation of Legal Property**

29. Package tracking number 9434608105462960736029 shipped June 20, 2025 from Massachusetts.

30. On July 3, 2025, tracking shows "MISSING MAIL SEARCH REQUEST INITIATED" in Atlanta, Georgia (Exhibit A - USPS Tracking History for 9434608105462960736029).

31. The package was not missing—it was in USPS custody throughout, as proven by continuous tracking scans.

32. **This package contained a smartphone purchased through eBay, weighing 2 pounds 0 ounces, completely legal with proper documentation.**

33. **USPS indicated they intended to confiscate this legal property despite its legality.**

34. Only after Plaintiff went to Sugar Grove Post Office and had the clerk personally call about the package did USPS release it for delivery.

35. The threatened confiscation of legal property, reversed only by local intervention, proves this was targeted harassment, not legitimate postal concerns.

35a. **Even David, the Sugar Grove Postmaster, acknowledged to Plaintiff that delays of this length were "strange,"** confirming that career postal professionals recognized these delays as extraordinary and outside normal operations.

**Pattern of Pretextual Delays**

36. Across three packages, USPS used various pretexts to intercept and delay Plaintiff's mail:

- "Missing mail search" for packages not actually missing
- "Postage assessment" for prepaid packages needing no assessment

- "Mis-shipped" to wrong ZIP codes
- Routing through headquarters instead of direct delivery
- Holding packages for weeks at Columbus facility

37. All three packages took 15-33 days for domestic delivery—far exceeding normal times.

38. All three packages were routed through or held at Columbus, Ohio facilities where FBI maintains a resident agency.

39. **The pattern is unmistakable: immediately after Plaintiff's FOIA request and lawsuit, every package he received was subjected to surveillance, delays, and interception attempts.**

**Methods Used: Mail Covers and MICT System**

40. Upon information and belief, Defendants utilized the Mail Covers program which photographs all exterior mail surfaces without warrant.

41. Upon information and belief, Defendants utilized the Mail Isolation Control and Tracking (MICT) system which captures images of all mail pieces.

42. These programs were weaponized for retaliatory surveillance rather than legitimate law enforcement purposes.

43. The manual database manipulation, headquarters routing, and confiscation attempts go far beyond passive mail monitoring—they constitute active interference with mail delivery.

## CAUSES OF ACTION

**Count I: Fourth Amendment Violations**

**(Bivens Claim against Individual Federal Defendants)**

44. The Fourth Amendment protects citizens from unreasonable searches and seizures.

45. Sealed mail has the highest Fourth Amendment protection under Ex parte Jackson, 96 U.S. 727 (1878).

46. Defendants conducted warrantless searches of Plaintiff's mail through:

- Physical interception under pretextual "missing mail searches"
- Routing packages to headquarters for inspection
- Holding packages for extended periods for examination
- Attempting to confiscate packages without legal authority

47. These searches were conducted without warrant, probable cause, or exigent circumstances.

48. Individual federal agents are liable under Bivens for these constitutional violations.

**Count II: First Amendment Retaliation**

**(Bivens Claim against Individual Federal Defendants)**

49. The First Amendment protects the right to petition government for redress of grievances, including through FOIA requests and federal lawsuits.

50. Plaintiff engaged in protected First Amendment activity by filing a FOIA request and federal lawsuit against the FBI.

51. **The temporal proximity is overwhelming—surveillance became visible within four days of the FBI's FOIA denial, with the first package showing anomalies on June 20, 2025, merely four days after the June 16 response. Upon information and belief, surveillance infrastructure was activated immediately upon or even before the FBI's FOIA response.**

52. After years of normal mail delivery, the sudden onset of surveillance immediately following protected activity proves retaliatory motive.

53. Defendants retaliated against Plaintiff's First Amendment activity through mail surveillance, creating a chilling effect on his constitutional rights.

**Count III: Due Process Violations**

**(Fifth Amendment - Bivens Claim)**

54. The Due Process Clause prohibits arbitrary deprivation of liberty and property interests.

55. Plaintiff has a property interest in receiving his mail without government interference.

56. Defendants deprived Plaintiff of this interest through:

- Arbitrary delays lasting up to 33 days
- Threatened confiscation of legal property
- Routing mail through headquarters instead of delivery
- Creating false database entries to justify interception

57. These deprivations occurred without any process whatsoever—no notice, no hearing, no opportunity to contest.

**Count IV: Conspiracy to Violate Civil Rights**

**(42 U.S.C. § 1985)**

58. Defendants FBI and USPS conspired to violate Plaintiff's constitutional rights.

59. The conspiracy involved:

- FBI identifying Plaintiff as target for retaliation

- USPS implementing surveillance at FBI's direction
- Creating false database entries to cover illegal activity
- Coordinating through Columbus facilities where FBI maintains presence
- Headquarters-level approval evidenced by DC routing

**60.** Defendants acted in furtherance of this conspiracy, causing injury to Plaintiff's constitutional rights.

**Count V: Federal Tort Claims Act**

**(Against United States)**

**61.** Under the FTCA, the United States is liable for torts committed by federal employees acting within scope of employment.

**62.** Federal employees committed the following torts:

- Conversion (attempted confiscation of smartphone)
- Trespass to chattels (interference with mail)
- Intentional infliction of emotional distress
- Invasion of privacy

**63.** These torts caused Plaintiff damages including delayed mail, emotional distress, and violation of privacy.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

**A.** Declare that Defendants' surveillance of Plaintiff's mail violated the Fourth and First Amendments;

**B.** Declare that the April 1, 2025 database entry proves manual manipulation of USPS

systems for unlawful surveillance;

C. Declare that routing mail through USPS headquarters demonstrates high-level government involvement;

D. Enjoin Defendants from further mail surveillance or interference;

E. Order Defendants to expunge all surveillance records and flags on Plaintiff's name/address;

**F. Order reinstatement with full backpay, benefits, and seniority for any federal employee, Amazon employee, judicial employee, court clerk, or other person who was terminated, demoted, or retaliated against for: (a) refusing to participate in the unlawful surveillance described herein; (b) questioning the legality of the surveillance; (c) attempting to notify Plaintiff; (d) cooperating with this litigation; (e) acting as a whistleblower regarding these practices; (f) refusing or failing to take actions that would have brought harm to Plaintiff; (g) refusing to create conflicts between Plaintiff and other federal employees or citizens; (h) protecting Plaintiff's constitutional rights; or (i) maintaining their oath to uphold the Constitution despite pressure to violate it;**

G. Award compensatory damages for constitutional violations, delayed mail, and emotional distress;

H. Award punitive damages to deter future retaliatory surveillance;

I. Award attorney's fees under 42 U.S.C. § 1988;

J. Grant such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all claims so triable.

## JURY DEMAND

**Plaintiff demands trial by jury on all claims.**

Dated: November 12, 2025

Respectfully submitted,

*/s/ Andrew Smigelski*

**Andrew Mark Smigelski**
**Pro Se** Plaintiff
1015 Bryan Road
Sugar Grove, Ohio 43155
Phone: (614) 607-1230
Smigelski.andy@gmail.com

Dated: November 12, 2025

Respectfully submitted,

*[signature: Andrew Smigelski]*

Andrew Mark Smigelski

Pro Se Plaintiff

1015 Bryan Road

Sugar Grove, Ohio 43155

Phone: (614) 607-1230

Email:

## EXHIBITS ATTACHED

**Exhibit A:** USPS Tracking History for Package 9434608105462960736029

- Shows "MISSING MAIL SEARCH REQUEST INITIATED" for package not actually missing
- Documents threatened confiscation of legal smartphone
- 15-day delivery time for domestic mail

**Exhibit B:** USPS Tracking History for Package 9405508105462933511036

- **SMOKING GUN: Shows April 1, 2025 entry for package created June 11, 2025**
- Proves manual database manipulation
- Physically impossible without falsification

**Exhibit C:** USPS Tracking History for Package 9200190279541002216978

- Shows routing from Columbus, OH to Washington, DC 20260 (USPS Headquarters)

- <u>Proves headquarters-level involvement</u>
- <u>33-day delivery for package that should have traveled 50 miles</u>



Archive USPS Tracking Plus™ Statement
As of October 23, 2025

Tracking Number: 9434608105462960736029
Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 20, 2025 11:43 am | SHIPPING LABEL CREATED | BELCHERTOWN, MA 01007 |
| Jun 20, 2025 3:46 pm | PRE-SHIPMENT INFO SENT TO USPS | BELCHERTOWN, MA 01007 |
| Jun 21, 2025 11:13 am | ACCEPT OR PICKUP | BELCHERTOWN, MA 01007 |
| Jun 21, 2025 12:17 pm | DEPART POST OFFICE | BELCHERTOWN, MA 01007 |
| Jun 21, 2025 9:40 pm | PROCESSED THROUGH USPS FACILITY | 01153 |
| Jun 21, 2025 9:40 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 22, 2025 12:42 am | CONTAINER CLOSE | 01153 |
| Jun 22, 2025 6:40 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 23, 2025 2:47 am | ARRIVE USPS FACILITY | INDIANAPOLIS, IN 46219 |
| Jun 23, 2025 9:21 am | DEPART USPS FACILITY | INDIANAPOLIS, IN 46219 |
| Jun 23, 2025 12:30 pm | DEPART USPS FACILITY | INDIANAPOLIS, IN 46219 |
| Jun 23, 2025 2:12 pm | IN TRANSIT TO NEXT FACILITY | BROOKVILLE, OH 45309 |
| Jun 23, 2025 4:23 pm | ARRIVE USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 23, 2025 4:40 pm | ARRIVE USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 23, 2025 6:56 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 23, 2025 6:56 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 23, 2025 8:20 pm | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 23, 2025 8:20 pm | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 24, 2025 1:14 am | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 24, 2025 1:14 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 24, 2025 1:14 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 24, 2025 3:23 am | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 25, 2025 2:56 am | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 25, 2025 6:14 pm | IN TRANSIT TO NEXT FACILITY | |

Page 1



Exhibit A



**Archive USPS Tracking Plus™ Statement**
As of October 23, 2025

Tracking Number: 9434608105462960736029
Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 26, 2025 6:14 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 27, 2025 6:14 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 28, 2025 6:14 pm | IN TRANSIT TO NEXT FACILITY | |
| Jul 03, 2025 10:53 am | MISSING MAIL SEARCH REQUEST INITIATED | ATLANTA, GA 30378 |
| Jul 03, 2025 7:12 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jul 03, 2025 7:12 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jul 03, 2025 7:12 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jul 04, 2025 6:12 pm | IN TRANSIT TO NEXT FACILITY | |
| Jul 05, 2025 1:03 am | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jul 05, 2025 8:22 am | ARRIVAL AT UNIT | 431559998 |
| Jul 05, 2025 8:23 am | SORTING/PROCESSING COMPLETE | SUGAR GROVE, OH 43155 |
| Jul 05, 2025 8:33 am | OUT FOR DELIVERY | SUGAR GROVE, OH 43155 |
| Jul 05, 2025 10:22 am | DELIVERED | SUGAR GROVE, OH 43155 |
| Jul 12, 2025 11:00 pm | MISSING MAIL SEARCH REQUEST CLOSED | ATLANTA, GA 30378 |

Page 2



Exhibit A

 **UNITED STATES POSTAL SERVICE**®

Archive USPS Tracking Plus™ Statement
As of October 24, 2025

Tracking Number: 9405508105462933511036
Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Apr 01, 2025 12:00 am | DELAY FOR POSTAGE ASSESSMENT / ITEM IN TRANSIT TO DESTINATION | WASHINGTON, DC 20260 |
| Jun 11, 2025 7:38 pm | SHIPPING LABEL CREATED | PATERSON, NJ 07514 |
| Jun 11, 2025 11:46 pm | PRE-SHIPMENT INFO SENT TO USPS | PATERSON, NJ 07514 |
| Jun 12, 2025 9:39 am | SHIPPING LABEL CREATED | 100369991 |
| Jun 12, 2025 9:40 am | ACCEPT OR PICKUP | 100369991 |
| Jun 12, 2025 7:35 pm | PROCESSED THROUGH USPS FACILITY | NEW YORK, NY 10199 |
| Jun 12, 2025 7:35 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 12, 2025 7:36 pm | ADDRESS ENCODING | NEW YORK, NY 10199 |
| Jun 13, 2025 6:35 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 13, 2025 9:27 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 13, 2025 9:27 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 13, 2025 10:01 pm | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 13, 2025 10:01 pm | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 14, 2025 12:26 am | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 14, 2025 7:19 am | ARRIVAL AT UNIT | 431519998 |
| Jun 14, 2025 7:43 am | MIS-SHIPPED | 431519998 |
| Jun 16, 2025 7:22 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 16, 2025 7:22 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 16, 2025 9:24 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 16, 2025 9:24 pm | MAIL PIECE NESTED TO CONTAINER | |

Page 1

 Exhibit B



Archive USPS Tracking Plus™ Statement
As of October 24, 2025

Tracking Number: 9405508105462933511036
Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
| --- | --- | --- |
| Jun 17, 2025 3:42 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 18, 2025 6:42 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 18, 2025 10:47 pm | PROCESSED THROUGH USPS FACILITY | JACKSONVILLE, FL 32221 |
| Jun 19, 2025 6:47 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 20, 2025 4:46 am | PROCESSED THROUGH USPS FACILITY | JACKSONVILLE, FL 32099 |
| Jun 20, 2025 4:46 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 20, 2025 9:57 pm | CONTAINER CLOSE | JACKSONVILLE, FL 32099 |
| Jun 21, 2025 2:59 am | DEPART USPS FACILITY | JACKSONVILLE, FL 32099 |
| Jun 21, 2025 3:24 am | DEPART USPS FACILITY | JACKSONVILLE, FL 32099 |
| Jun 21, 2025 3:57 am | DEPART USPS FACILITY | JACKSONVILLE, FL 32099 |
| Jun 21, 2025 7:56 am | IN TRANSIT TO NEXT FACILITY | SAVANNAH, GA 31419 |
| Jun 21, 2025 2:30 pm | IN TRANSIT TO NEXT FACILITY | WILSON, NC 27893 |
| Jun 22, 2025 4:24 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 22, 2025 4:24 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 22, 2025 6:28 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 22, 2025 6:28 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 22, 2025 10:31 pm | DELAY FOR POSTAGE ASSESSMENT / ITEM BEING HELD | COLUMBUS, OH 43218 |
| Jun 23, 2025 10:59 am | TRACKING INQUIRY | |
| Jun 23, 2025 11:38 am | TRACKING INQUIRY | |
| Jun 23, 2025 12:10 pm | TRACKING INQUIRY | |
| Jun 23, 2025 12:16 pm | TRACKING INQUIRY | |
| Jun 23, 2025 12:40 pm | TRACKING INQUIRY | |

Page 2



Exhibit B

 **UNITED STATES POSTAL SERVICE**®

Archive USPS Tracking Plus™ Statement
As of October 24, 2025

Tracking Number: 9405508105462933511036
Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 27, 2025 9:02 am | DELAY FOR POSTAGE ASSESSMENT / ITEM IN TRANSIT TO DESTINATION | WASHINGTON, DC 20260 |
| Jun 28, 2025 9:40 am | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 28, 2025 9:40 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 28, 2025 8:40 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 28, 2025 8:40 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 29, 2025 9:13 am | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 30, 2025 8:07 am | ARRIVAL AT UNIT | 431559998 |
| Jun 30, 2025 10:10 am | DELIVERED | SUGAR GROVE, OH 43155 |

Page 3


Exhibit B



USPS Tracking Plus™ Statement
As of October 26, 2025

Tracking Number: 9200190279541002216978

| Date & Time | Status of Item | Location |
|---|---|---|
| August 4, 2025 10:26 am | Delivered, In/At Mailbox | SUGAR GROVE, OH 43155 |
| August 4, 2025 7:18 am | Out for Delivery | SUGAR GROVE, OH 43155 |
| August 4, 2025 7:07 am | Arrived at Post Office | SUGAR GROVE, OH 43155 |
| July 31, 2025 8:43 am | Delayed for postage assessment, Item in transit to destination | |
| July 28, 2025 | In Transit to Next Facility | |
| July 15, 2025 9:35 pm | Arrived at USPS Regional Destination Facility | COLUMBUS OH DISTRIBUTION CENTER |
| July 10, 2025 1:05 am | Arrived at USPS Regional Origin Facility | LOS ANGELES CA DISTRIBUTION CENTER |
| July 9, 2025 11:50 pm | Accepted at USPS Origin Facility | FONTANA, CA 92337 |
| July 7, 2025 4:06 pm | Shipment Received, Package Acceptance Pending | FONTANA, CA 92337 |
| July 4, 2025 6:37 am | Departed Shipping Partner Facility, USPS Awaiting Item | FONTANA, CA 92337 |
| July 3, 2025 6:36 pm | Arrived Shipping Partner Facility, USPS Awaiting Item | FONTANA, CA 92337 |
| July 3, 2025 6:44 am | Picked Up By Shipping Partner, USPS Awaiting Item | FONTANA, CA 92337 |
| July 2, 2025 12:18 am | Shipping Label Created, USPS Awaiting Item | FONTANA, CA 92337 |

If the USPS Tracking Plus™ Statement was prepared before the item reached its final destination, the tracking history will continue to refresh and populate status updates as the item travels through the USPS® network. Return to USPS.com to prepare a new USPS Tracking Plus™ Statement.



(Altered copy from website)

Exhibit C

Page 1

## VERIFICATION

I, Andrew Mark Smigelski, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 12th day of November, 2025

at Sugar Grove, Ohio.

_____
**Andrew Mark Smigelski**