# UNITED STATES POSTAL SERVICE®

Archive USPS Tracking Plus™ Statement
As of October 24, 2025

Tracking Number: 9405508105462933511036

Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Apr 01, 2025 12:00 am | DELAY FOR POSTAGE ASSESSMENT / ITEM IN TRANSIT TO DESTINATION | WASHINGTON, DC 20260 |
| Jun 11, 2025 7:38 pm | SHIPPING LABEL CREATED | PATERSON, NJ 07514 |
| Jun 11, 2025 11:46 pm | PRE-SHIPMENT INFO SENT TO USPS | PATERSON, NJ 07514 |
| Jun 12, 2025 9:39 am | SHIPPING LABEL CREATED | 100369991 |
| Jun 12, 2025 9:40 am | ACCEPT OR PICKUP | 100369991 |
| Jun 12, 2025 7:35 pm | PROCESSED THROUGH USPS FACILITY | NEW YORK, NY 10199 |
| Jun 12, 2025 7:35 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 12, 2025 7:36 pm | ADDRESS ENCODING | NEW YORK, NY 10199 |
| Jun 13, 2025 6:35 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 13, 2025 9:27 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 13, 2025 9:27 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 13, 2025 10:01 pm | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 13, 2025 10:01 pm | CONTAINER CLOSE | COLUMBUS, OH 43218 |
| Jun 14, 2025 12:26 am | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 14, 2025 7:19 am | ARRIVAL AT UNIT | 431519998 |
| Jun 14, 2025 7:43 am | MIS-SHIPPED | 431519998 |
| Jun 16, 2025 7:22 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 16, 2025 7:22 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 16, 2025 9:24 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 16, 2025 9:24 pm | MAIL PIECE NESTED TO CONTAINER | |

Archive USPS Tracking Plus™ Statement
As of October 24, 2025

Tracking Number: 9405508105462933511036

Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 17, 2025 3:42 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 18, 2025 6:42 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 18, 2025 10:47 pm | PROCESSED THROUGH USPS FACILITY | JACKSONVILLE, FL 32221 |
| Jun 19, 2025 6:47 pm | IN TRANSIT TO NEXT FACILITY | |
| Jun 20, 2025 4:46 am | PROCESSED THROUGH USPS FACILITY | JACKSONVILLE, FL 32099 |
| Jun 20, 2025 4:46 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 20, 2025 9:57 pm | CONTAINER CLOSE | JACKSONVILLE, FL 32099 |
| Jun 21, 2025 2:59 am | DEPART USPS FACILITY | JACKSONVILLE, FL 32099 |
| Jun 21, 2025 3:24 am | DEPART USPS FACILITY | JACKSONVILLE, FL 32099 |
| Jun 21, 2025 3:57 am | DEPART USPS FACILITY | JACKSONVILLE, FL 32099 |
| Jun 21, 2025 7:56 am | IN TRANSIT TO NEXT FACILITY | SAVANNAH, GA 31419 |
| Jun 21, 2025 2:30 pm | IN TRANSIT TO NEXT FACILITY | WILSON, NC 27893 |
| Jun 22, 2025 4:24 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 22, 2025 4:24 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 22, 2025 6:28 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 22, 2025 6:28 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 22, 2025 10:31 pm | DELAY FOR POSTAGE ASSESSMENT / ITEM BEING HELD | COLUMBUS, OH 43218 |
| Jun 23, 2025 10:59 am | TRACKING INQUIRY | |
| Jun 23, 2025 11:38 am | TRACKING INQUIRY | |
| Jun 23, 2025 12:10 pm | TRACKING INQUIRY | |
| Jun 23, 2025 12:16 pm | TRACKING INQUIRY | |
| Jun 23, 2025 12:40 pm | TRACKING INQUIRY | |

**UNITED STATES POSTAL SERVICE®**

Archive USPS Tracking Plus™ Statement
As of October 24, 2025

Tracking Number: 9405508105462933511036
Destination Address: 1015 BRYAN RD

| Date & Time | Status of Item | Location |
|---|---|---|
| Jun 27, 2025 9:02 am | DELAY FOR POSTAGE ASSESSMENT / ITEM IN TRANSIT TO DESTINATION | WASHINGTON, DC 20260 |
| Jun 28, 2025 9:40 am | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 28, 2025 9:40 am | MAIL PIECE NESTED TO CONTAINER | |
| Jun 28, 2025 8:40 pm | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 28, 2025 8:40 pm | MAIL PIECE NESTED TO CONTAINER | |
| Jun 29, 2025 9:13 am | PROCESSED THROUGH USPS FACILITY | COLUMBUS, OH 43218 |
| Jun 30, 2025 8:07 am | ARRIVAL AT UNIT | 431559998 |
| Jun 30, 2025 10:10 am | DELIVERED | SUGAR GROVE, OH 43155 |