**AFFIDAVIT OF EFFORT TO FILE CONCERNS OF ABUSE**

State of Ohio )
) SS:
County of Franklin)

I, Andrew Smigelski, being first duly sworn, depose and state as follows:

1. On November 25, 2024. I attempted to submit an affidavit to the United States Attorney's Office for the Southern District of Ohio, in Columbus, Ohio, concerning serious allegations of child sexual abuse and the potential ongoing risk to children, specifically involving Josh Dixon of Glouster, Ohio.
2. The affidavit detailed concerns about the safety of Josh Dixon's son, Jackson, who is at a vulnerable age, as well as other children in the community who may be at risk of abuse. This includes a youth sports team that Josh Dixon is involved in.
3. Despite my submission of the affidavit, I was informed that the U.S. Attorney's Office refused to accept the document.
4. In an effort to formally document this refusal, I requested acknowledgment by the U.S. Attorney's Office through a signed and dated acknowledgment of refusal. As of the time of this affidavit, the acknowledgment was not provided.
5. I am submitting this affidavit to attest to my efforts in attempting to bring these critical concerns of abuse to the attention of the U.S. Attorney's Office for the Southern District of Ohio and to establish that my attempts were unsuccessful.

Further affiant sayeth naught.

_____
Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155

Subscribed and sworn to before me this 25 day of November, 2024

_____
Notary Public
My commission expires: 5-8-28

SAMANTHA PHILLIPS-GARY
Notary Public, State of Ohio
Commission #: 2023-RE-863581
My Commission Expires 05-08-2028