

**Subject: Concern Regarding Potential Risk to Children by Individual in Youth Coaching Role**

To Whom It May Concern,

I am writing to report concerns about an individual who may pose a risk to children based on information I have received. While I am not a direct witness to the alleged incidents, the information raises serious concerns that I believe warrant further investigation.

**Details of Concern:**

1. **Individual's Identity and Role:**
   - Name: Josh Dixon
   - Current Role: Youth sports coach or similar position with direct access to children. Also, Police Officer for the City of Glouster, Ohio
   - Location: In/Near Glouster or Trimble Ohio
     Age: Approximately 34
     https://www.facebook.com/josh.dixon.391
2. **History of Alleged Abuse:**
   - I was told by a trusted acquaintance that this individual allegedly sexually abused him approximately 16 years ago when the acquaintance was a child (around 7 years old). The perpetrator was approximately 18–20 years old at the time.
   - The disclosure suggests a pattern of behavior that may place children at risk, particularly in their current position as a coach or assistant working with minors.
3. **Current Risk Factors:**
   - The individual now has regular, access to children through their coaching or assisting role, as well as in family settings involving their own child. This raises concerns about potential harm to these children.
4. **Actions Taken So Far:**
   - I reported this information to Athens County CPS twice. However, I have no confirmation that the matter has been investigated or addressed.
   - Given the individual's access to children in a professional capacity, I believe the situation requires broader scrutiny.

**Request for Assistance:** I am requesting that your agency investigate whether this individual poses a threat to children under federal laws related to child protection. Specifically:

- Does their access to children as a coach raise concerns about exploitation or abuse?
- Are there interstate or federal implications, such as potential involvement in online activities or other exploitive practices?

**Additional Information:**

- I am willing to provide further details or assist in any way necessary.
- I understand that all reports are confidential, but I request acknowledgment that this report has been received.

**Contact Information:**

- Andrew Smigelski
- 614 607-1230

Thank you for your attention to this matter.

Sincerely,

Andrew Smigelski
1015 Bryan Road
Sugar Grove, Ohio 43155