1/8/25, 8:56 AM                                                                                              about:blank



**DAVE YOST**
OHIO ATTORNEY GENERAL

Constituent Services Section
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
Office: 800-282-0515
www.OhioAttorneyGeneral.gov

January 8, 2025

Andrew Smigelski
1015 BRYAN RD
SUGAR GROVE, OH 43155-9661

Dear Andrew:

Thank you for contacting the Ohio Attorney General's Office.

Your correspondence to the Department of Justice, Office of the Inspector General was forwarded to to our office for response to you.

While we understand your concerns, our office is authorized only to represent state agencies, boards, and commissions rather than private citizens. For that reason, we may not intervene in this matter. You may wish to consult with an attorney. If you do not already have an attorney, your local bar association or legal aid may be able to provide you with a referral.

Very respectfully yours,

*Logan Fry*

Logan Fry
*Constituent Liaison*
*Constituent Services Section*
*Ohio Attorney General's Office*