

24 January 2026

Dear Customer,

This is a proof of delivery / statement of final status for the shipment with waybill number 7030685314.

Thank you for choosing DHL Express.

www.dhl.com

**Your shipment 7030685314 was delivered on 23 January 2026 at 12.09**

| | | | |
|---|---|---|---|
| **Signed** | jones | **Destination Service Area** | WASHINGTON - RONALD REAGAN NATIONAL UNITED STATES OF AMERICA |
| **Signature** | | **Shipment Status** | Delivered |
| | | **Piece ID(s)** | JD014600012490028822 |

**Additional Shipment Details**

| | | | |
|---|---|---|---|
| **Service** | EXPRESS EASY doc | **Origin Service Area** | MEDELLIN COLOMBIA |
| **Picked Up** | 21 January 2026 at 11.43 | **Shipper Reference** | n/a 7030685314CO20260121214313347 |