**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**ANDREW SMIGELSKI,**

       **Plaintiff,**

                                    **Case Number 2:25-cv-1338**

       **v.**                             **Judge Edmund A. Sargus, Jr.**

                                    **Magistrate Judge Kimberly A. Jolson**

**FBI, *et al.*,**

       **Defendants.**

**ORDER**

This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on January 15, 2026. (ECF No. 11.) After reviewing Plaintiff Andrew Smigelski's Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that Plaintiff's Complaint be dismissed. (ECF No. 11, PageID 97.)

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this lawsuit in November 2025 against the United States Postal Service ("USPS"), the Federal Bureau of Investigation ("FBI"), the United States of America, and John Doe federal agents and USPS personnel. (ECF Nos. 1, 1-1.) According to the Complaint, Plaintiff filed a Freedom of Information Act ("FOIA") request with the FBI "seeking records about himself." (ECF No. 7, PageID 45.) On June 16, 2025, the FBI informed him that it was unable to identify any relevant records. (*Id.*) Plaintiff asserts that, within days, the FBI began retaliating against him by surveilling his mail and interfering with his packages. (*Id.* PageID 45–48.)

Plaintiff brings claims for violations of his First, Fourth, and Fifth Amendment rights, as well as claims under 42 U.S.C. § 1985 and the Federal Tort Claims Act. (ECF No. 7, PageID 48–

51.) He seeks declaratory relief, injunctive relief, and compensatory and punitive damages. (*Id.* PageID 51–52.)

Earlier in this case, the Magistrate Judge provided Plaintiff with an opportunity to explain why his claims should not be dismissed as frivolous. (ECF No. 6.) Plaintiff filed his response and a supplemental notice (ECF Nos. 8, 9), and the Magistrate Judge screened the Complaint pursuant to 28 U.S.C. § 1915(e)(2) (ECF No. 11).

The Magistrate Judge recommends that Plaintiff's Complaint be dismissed because his claims as pled are frivolous. (*Id.* PageID 100.) The Magistrate Judge explained that Plaintiff premises his claims on several allegations he says are connected—a FOIA request, USPS tracking notifications, and shipping anomalies—but the connection between these events is too attenuated to state a claim. (*Id.*) Plaintiff provides little factual support for his claims beyond his own conclusory allegations. (*Id.*) As such, the Magistrate Judge concluded that this case may be dismissed as "attenuated, unsubstantial, frivolous, [or] devoid of merit" under *Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999), and, even if *Apple* does not apply, the Court may dismiss Plaintiff's frivolous claims under 28 U.S.C. § 1915(e)(2). (ECF No. 11, PageID 100.)

Once a magistrate judge issues a report and recommendation, the relevant statute provides:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). The failure to file written objections to a magistrate judge's report and recommendation waives a *de novo* determination by the district court of any issues addressed in

the report and recommendation. *See United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Plaintiff was advised of his right to object to the Report and Recommendation and of the consequences of failing to do so. (ECF No. 11, PageID 101–02.) Plaintiff did not file an objection to the Report and Recommendation. Although Plaintiff filed a Notice within the timeframe to object, the Notice did not address the Report or Recommendation or raise objections to the Magistrate Judge's reasoning or conclusions. (ECF No. 12.) Instead, Plaintiff's Notice states that he submitted a petition to the United States Foreign Intelligence Surveillance Court and claims the petition was subject to "suspicious delivery circumstances." (*Id.*)

Accordingly, the Court **ADOPTS** and **AFFIRMS** (ECF No. 11) the Magistrate Judge's Report and Recommendation. The Court **DISMISSES** Plaintiff Andrew Smigelski's Complaint.

The Clerk is **DIRECTED** to enter judgment, close this case on the Court's docket, and mail a copy of this Order to Plaintiff Andrew Smigelski at 1015 Bryan Road, Sugar Grove, Ohio 43155.

**IT IS SO ORDERED.**

**4/30/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**

3